OPINION — AG — ** REVOLVING FUND — PURCHASE OF FOOD, CLOTHING ** QUESTION: CAN THE WAR VETERANS COMMISSION PURCHASE MATERIALS, FOOD, CLOTHING, SUPPLIES, EQUIPMENT AND LIVESTOCK FOR THE AGENCY FROM APPROPRIATIONS FOR SAID INSTITUTION CONTAINED IN SECTION 1 OF HOUSE BILL NO. 18 OR FROM THE REVOLVING FUND AS PROVIDED IN SECTION 5 ? — SEE OPINION (BUILDINGS, STATE AGENCY, INSTITUTION, EXPENDITURES) CITE: 74 O.S. 63 [74-63], 74 O.S. 64 [74-64] (JAMES C. HARKIN)